| | | |
|---|---|---|
| CINDY TRITZ | * | IN THE |
| 134 Hazel Avenue | | |
| Halethorpe, MD 21227 | * | CIRCUIT COURT |
| Plaintiff | * | FOR |
| V. | * | ANNE ARUNDEL COUNTY |
| VICTORIA'S SECRET STORES, LLC | * | Case No. |
| Serve On, The Corporate Trust, Inc. | | |
|    2405 York Road, Suite 204 | * | |
|    Lutherville-TImonium, MD 21093-2264 | | |
|    Resident Agent | * | |
| And | * | |
| VICTORIA'S SECRET STORES BRAND | * | |
| MANAGEMENT, LLC | | |
| Serve On, The Corporate Trust, Inc. | * | |
|    2405 York Road, Suite 204 | | |
|    Lutherville-TImonium, MD 21093-2264 | * | |
|    Resident Agent | | |
| | * | |
| Defendants | | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## COMPLAINT AND DEMAND FOR JURY TRIAL

Plaintiff Cindy Tritz by her attorney Damon Trazzi, sues Defendants Victorias Secret Stores, LLC and Victorias Secret Stores Brand Management, LLC and states as grounds:

## COUNT I

1. On or about 9/8/2022 Plaintiff Cindy Tritz was shopping at the Victoria's Secret store located in the Arundel Mills Mall..

2. The store is owned and operated by Defendant Victoria's Secret Stores. Inc.

3. Plaintiff was looking at bras displayed on the wall near the back of the store. She asked an employee where a particular brand of bra was displayed and the employee pointed her to the

| | | |
|---|---|---|
| CINDY TRITZ<br>134 Hazel Avenue<br>Halethorpe, MD 21227 | * | IN THE |
| | * | CIRCUIT COURT |
| Plaintiff | * | FOR |
| V. | * | ANNE ARUNDEL COUNTY |
| VICTORIA'S SECRET STORES, LLC<br>Serve On, The Corporate Trust, Inc.<br>    2405 York Road, Suite 204<br>    Lutherville-TImonium, MD 21093-2264<br>    Resident Agent | * | Case No. |
| And | * | |
| VICTORIA'S SECRET STORES BRAND MANAGEMENT, LLC<br>Serve On, The Corporate Trust, Inc.<br>    2405 York Road, Suite 204<br>    Lutherville-TImonium, MD 21093-2264<br>    Resident Agent | * | |
| Defendants | | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## COMPLAINT AND DEMAND FOR JURY TRIAL

Plaintiff Cindy Tritz by her attorney Damon Trazzi, sues Defendants Victorias Secret Stores, LLC and Victorias Secret Stores Brand Management, LLC and states as grounds:

## COUNT I

1. On or about 9/8/2022 Plaintiff Cindy Tritz was shopping at the Victoria's Secret store located in the Arundel Mills Mall..

2. The store is owned and operated by Defendant Victoria's Secret Stores. Inc.

3. Plaintiff was looking at bras displayed on the wall near the back of the store. She asked an employee where a particular brand of bra was displayed and the employee pointed her to the

| | | |
|---|---|---|
| CINDY TRITZ | * | IN THE |
| 134 Hazel Avenue | | |
| Halethorpe, MD 21227 | * | CIRCUIT COURT |
| Plaintiff | * | FOR |
| V. | * | ANNE ARUNDEL COUNTY |
| VICTORIA'S SECRET STORES, LLC | * | Case No. |
| Serve On, The Corporate Trust, Inc. | | |
|     2405 York Road, Suite 204 | * | |
|     Lutherville-TImonium, MD 21093-2264 | | |
|     Resident Agent | * | |
| And | * | |
| VICTORIA'S SECRET STORES BRAND | * | |
| MANAGEMENT, LLC | | |
| Serve On, The Corporate Trust, Inc. | * | |
|     2405 York Road, Suite 204 | | |
|     Lutherville-TImonium, MD 21093-2264 | * | |
|     Resident Agent | | |
| | * | |
| Defendants | | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## COMPLAINT AND DEMAND FOR JURY TRIAL

Plaintiff Cindy Tritz by her attorney Damon Trazzi, sues Defendants Victorias Secret Stores, LLC and Victorias Secret Stores Brand Management, LLC and states as grounds:

## COUNT I

1. On or about 9/8/2022 Plaintiff Cindy Tritz was shopping at the Victoria's Secret store located in the Arundel Mills Mall..

2. The store is owned and operated by Defendant Victoria's Secret Stores. Inc.

3. Plaintiff was looking at bras displayed on the wall near the back of the store. She asked an employee where a particular brand of bra was displayed and the employee pointed her to the

| | | |
|---|---|---|
| CINDY TRITZ<br>134 Hazel Avenue<br>Halethorpe, MD 21227 | * | IN THE |
| | * | CIRCUIT COURT |
| Plaintiff | * | FOR |
| V. | * | ANNE ARUNDEL COUNTY |
| VICTORIA'S SECRET STORES, LLC<br>Serve On, The Corporate Trust, Inc.<br>    2405 York Road, Suite 204<br>    Lutherville-TImonium, MD 21093-2264<br>    Resident Agent | * | Case No. |
| And | * | |
| VICTORIA'S SECRET STORES BRAND MANAGEMENT, LLC<br>Serve On, The Corporate Trust, Inc.<br>    2405 York Road, Suite 204<br>    Lutherville-TImonium, MD 21093-2264<br>    Resident Agent | * | |
| Defendants | | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \*

## COMPLAINT AND DEMAND FOR JURY TRIAL

Plaintiff Cindy Tritz by her attorney Damon Trazzi, sues Defendants Victorias Secret Stores, LLC and Victorias Secret Stores Brand Management, LLC and states as grounds:

## COUNT I

1. On or about 9/8/2022 Plaintiff Cindy Tritz was shopping at the Victoria's Secret store located in the Arundel Mills Mall..

2. The store is owned and operated by Defendant Victoria's Secret Stores. Inc.

3. Plaintiff was looking at bras displayed on the wall near the back of the store. She asked an employee where a particular brand of bra was displayed and the employee pointed her to the

front of the store. Plaintiff took a step toward the front of the store and her foot caught on a drawer at approximately ankle height which the store employee had left open, causing her to fall. The said employee was at all times acting in the course and scope of her employment.

4. The open drawer was a dangerous condition of the premises. The Defendant failed to make the premises safe for Plaintiff's use and failed to warn Plaintiff of the open drawer.

5. As a result of the negligence of Defendant's employee in leaving the drawer open, in directing Plaintiff to the front of the store in a path that was obstructed by the open drawer and in failing to warn Plaintiff of the open drawer Plaintiff suffered bodily injuries causing her physical pain and mental anguish and permanent physical impairment as well as economic loss including but not limited to expenses for reasonable and necessary treatment.

Wherefore Plaintiff Cindy Tritz prays this Honorable Court grant her judgment against Defendant Victoria's Secret Stores. Inc for compensatory damages in an amount exceeding $75,000.00.

## COUNT II

1. On or about 9/8/2022 Plaintiff Cindy Tritz was shopping at the Victoria's Secret store located in the Towson Marketplace.

2. The store is owned and operated by Defendant Victorias Secret Stores Brand Management, LLC .

3. Plaintiff was looking at bras displayed on the wall near the back of the store. She asked an employee where a particular brand of bra was displayed and the employee pointed her to the front of the store. Plaintiff took a step toward the front of the store and her foot caught on a drawer at approximately ankle height which the store employee had left open, causing her to fall. The said employee was at all times acting in the course and scope of her employment.

4. The open drawer was a dangerous condition of the premises. The Defendant failed to make the premises safe for Plaintiff's use and failed to warn Plaintiff of the open drawer.

5. As a result of the negligence of Defendant's employee in leaving the drawer open, in directing Plaintiff to the front of the store in a path that was obstructed by the open drawer and in failing to warn Plaintiff of the open drawer Plaintiff suffered bodily injuries causing her physical pain and mental anguish and permanent physical impairment as well as economic loss including but not limited to expenses for reasonable and necessary treatment.

Wherefore Plaintiff Cindy Tritz prays this Honorable Court grant her judgment against Defendant Victorias Secret Stores Brand Management, LLC for compensatory damages in an amount exceeding $75,000.00.

/s/ Damon A. Trazzi #8312010460
Damon A. Trazzi
Trazzi & Grasso
2033 York Road
Timonium, MD 21093
(410)583-2133
FAX (410)583-2486
E Mail trazzigrasso@yahoo.com

DEMAND FOR JURY TRIAL

Plaintiff Cindy Tritz, by her attorney Damon A. Trazzi hereby demands that the above captioned case be tried by jury.

/s/ Damon A. Trazzi #8312010460
Damon A. Trazzi